**1**

Albert GAGNIER, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 13, 1925.) No. 6856. In Error to the District Court of the United States for the District of Minnesota. Lyle Pettijohn, of Blue Earth, Minn., for plaintiff in error. Lafayette French, Jr., U. S. Atty., and L. W. Scott, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

**2**

Joseph GOLDSTEIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. May 18, 1925.) No. 351. In Error to the District Court of the United States for the Southern District of New York. Lind & Marks, of New York City (Alfred D. Lind and Norman L. Marks, both of New York City, of counsel), for plaintiff in error. Emory R. Buckner, U. S. Atty., of New York City (Morris D. Reiss, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

**3**

T. A. HENDRICKS, B. B. Hendricks, and Wilbur (W. R.) McJunkin, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. October 31, 1925.) No. 2457. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. C. G. Wyche, of Greenville, S. C., for plaintiffs in error. Henry K. Osborne, Asst. U. S. Atty., of Spartanburg, S. C.

PER CURIAM. Order docketing and dismissing case under section 6 of rule 23 filed.

**4**

Webb HIGH, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 9, 1925.) No. 7042. In Error to the District Court of the United States for the Western District of Oklahoma. Ross N. Lillard, of Oklahoma City, Okl., for plaintiff in error. James A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, on suggestion of death of plaintiff in error.

**5**

Jacob M. HOLSTEIN, William Singer, Samuel Duckat, and Joseph Holstein, Plaintiffs in Error (Defendants Below), v. UNITED STATES, Defendant in Error (Plaintiff Below). (Circuit Court of Appeals, Second Circuit. June 1, 1925.) No. 376. In Error to the District Court of the United States for the Southern District of New York. Writ of error to judgment of conviction entered in the District Court for the Southern District of New York. Samuel H. Lagusker, of New York City, for plaintiffs in error. · Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

**6**

W. D. JOHNSON, Appellant, v. Joseph M. JONES, Trustee. (Circuit Court of Appeals, Eighth Circuit. June 29, 1925.) No. 7094. Appeal from the District Court of the United States for the Western District of Missouri. Piatt & Marks, of Kansas City, Mo., for appellant. A. J. Granoff, of Tulsa, Okl., for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellant, on motion of appellee, under rule 16.

**7**

John E. JONES, Appellant, v. Joseph M. JONES, Trustee. (Circuit Court of Appeals, Eighth Circuit. June 29, 1925.) No. 7095. Appeal from the District Court of the United States for the Western District of Missouri. Piatt & Marks, of Kansas City, Mo., for appellant. A. J. Granoff, of Tulsa, Okl., for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellant, on motion of appellee, under rule 16.

**8**

J. W. HUTCHINS CO., Plaintiff in Error, v. FORD MOTOR COMPANY. (Circuit Court of Appeals, Eighth Circuit. May 15, 1925.) No. 6999. In Error to the District Court of the United States for the District of Minnesota. William H. Oppenheimer, George W. Peterson, Frederick N. Dickson, and Frank Hodgson, all of St. Paul, Minn., for plaintiff in error. William D. Mitchell, of Washington, D. C., and Wilfrid E. Rumble and Charles Bunn, both of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.